UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 00-CV-2465 DWF/AJB

Thomas J. Schaeppi,

Plaintiff,

v.

The Thermos Company, a Delaware Corporation,

Defendant.

**STIPULATION EXTENDING TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO SUMMONS AND COMPLAINT** and ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective undersigned counsel, that the defendant, The Thermos Company, may be granted an additional two-week period of time up to and including December 13, 2000, to move, answer, or otherwise respond to the initial Summons and Complaint of the plaintiff, Thomas J. Schaeppi.

Dated: Nov. 26, 2000.

Alan M. Anderson (#149500)
Sharna A. Wahlgren (#241581)

LARKIN, HOFFMAN, DALY & LINDGREN, LTD.
1500 Norwest Financial Center
7900 Xerxes Avenue South
Minneapolis, MN 55431-1194
Telephone: (612) 835-3800

ATTORNEYS FOR PLAINTIFF

DEC 08 2000
FILED
RICHARD D. SLETTEN, CLERK

Dated: 11/22, 2000

James G. Bullard (#123249)

LEONARD, STREET AND DEINARD
Professional Association
Suite 2300
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500

ATTORNEYS FOR DEFENDANT

**ORDER**

The above Stipulation and extension of time to move, answer, or otherwise respond to the initial Summons and Complaint is hereby approved.

BY THE COURT:

Dated: 12/8, 2000

The Honorable Arthur J. Boylan
United States Magistrate Judge

2017242v1