UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

THOMAS J. SCHAEPPI, Civil No. 00-2465 DWF/AJB

Plaintiff,

v. ORDER

THE THERMOS COMPANY,

Defendant.

---

The above matter came on before the Court upon the defendant's request for a postponement of the filing of the Markman briefs which are presently due on June 1, 2001.

The Court having considered the defendant's request now hereby **denies** the same.

Dated: May 24, 2001.

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed MAY 24 2001
Francis E. Dosal, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________