UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas J. Schaeppi,

Plaintiff,

v.

The Thermos Company,

Defendant.

Civil No. 00-2465 DWF/AJB

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING OF STATEMENTS CONCERNING CLAIM INTERPRETATION AND SUPPORTING MEMORANDA AND SERVICE OF DEFENDANT'S PRIOR ART STATEMENT**

---

WHEREAS, the Defendant has requested a one day extension, until June 4, 2001, of the deadline for service and filing of the parties' Statements Concerning Claim Interpretation and supporting memoranda and the deadline for service of the Defendant's Prior Art Statement;

WHEREAS, the Plaintiff neither requests the extension nor objects to it, but leaves it to the Court's discretion, and based on a conference with the Court's clerk understands that the Court will grant the Plaintiff's request;

WHEREAS, the parties, through their undersigned counsel, stipulate to extend the deadline by one day for serving Defendant's Prior Art Statement;

WHEREAS, the parties, through their undersigned counsel, stipulate to extend the deadline by one day for filing and serving the parties' respective Statements Concerning Claim Interpretation and supporting memoranda;

FILED JUN 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY STIPULATED AND AGREED:

1. The Parties shall serve and file their respective Statements Concerning Claim Interpretation and supporting memoranda on or before on June 4, 2001; and

2. Defendant shall serve upon Plaintiff its Prior Art Statement on or before June 4, 2001.

Dated: June 1, 2001

Alan M. Anderson (#149500)
Sharna A. Wahlgren (#241581)
LARKIN, HOFFMAN, DALY & LINDGREN, LTD.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
(952) 835-3800

COUNSEL FOR PLAINTIFF
THOMAS J. SCHAEPPI

Dated: June 1, 2001

James G. Bullard (#123249)
Jennifer S. Wilson (#281037)
LEONARD, STREET AND DEINARD, Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Jeffrey H. Dean
Patricia J. Thompson
SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

COUNSEL FOR DEFENDANT
THE THERMOS COMPANY

**ORDER**

This matter coming before the Court on the stipulation and of the parties, IT IS HEREBY ORDERED that:

1. The Parties shall serve and file their respective Statements Concerning Claim Interpretation and supporting memoranda on or before June 4, 2001; and

2. Defendant shall serve upon Plaintiff its Prior Art Statement on or before June 4, 2001.

Dated: 6/1, 2001

Arthur J. Boylan
Magistrate Judge