**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

THOMAS J. SCHAEPPI,

Plaintiff,

v.

THE THERMOS COMPANY,
a Delaware corporation,

Defendant.

Civil No. 00-2465 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Alan Anderson, Esq., and Sharna Wahlgren, Esq., Larkin Hoffman Daly & Lindgren, 1500 Northwest Financial Center, 7900 Xerxes Avenue South, Bloomington, MN 55431, counsel for Plaintiff.

James Bullard, Esq., and Jennifer Wilson, Esq., Leonard Street and Deinard, 150 5th Street South, Suite 2300, Minneapolis, MN 55402 and Jeffrey Dean, Esq., Kevin Byrne, Esq., and Kathryn Zalewski, Esq., Schiff Hardin & Waite, 6600 Sears Tower, 233 South Wacker Drive, Chicago, IL 60606, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 10, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________