**EXHIBIT A**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| THOMAS J. SCHAEPPI, | ) | No. 00-2465 DWF/AJB |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** AND ORDER |
| THE THERMOS COMPANY, | ) | |
| Defendant. | ) | |

Plaintiff Thomas J. Schaeppi and defendant The Thermos Company, by their attorneys and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal with prejudice of all claims in this action, each party to bear its own costs and attorneys' fees.

By: [signature] 9/25/01
Alan M. Anderson (#149500)
Sharna A. Wahlgren (#241581)
LARKIN, HOFFMAN, DALEY & LINDGREN, LTD.
1500 Northwest Financial Center
7900 Xerxes Avenue South
Bloomington, Minnesota 55431
(952) 835-3800

Counsel For Plaintiff
Thomas J. Schaeppi

By: [signature] 10/4/01
James G. Bullard (#123249)
Jennifer S. Wilson (#281037)
LEONARD, STREET & DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

Kevin J. Byrne
Jeffrey H. Dean
SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, Illinois 60606

Counsel For Defendant
The Thermos Company

FILED OCT 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**SO ORDERED.**

Dated: October 4, 2001

DONOVAN W. FRANK
Judge of United States District Court